IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| US MEDICAL NETWORKS, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | NO. 3:19-CV-01848-E-BK |
| | § | |
| BIOFIRE DIAGNOSTICS, LLC, | § | |
| | § | |
| Defendant. | § | |

## ORDER

The Court's Electronic Order referring this case to United States Magistrate Judge Renee H. Toliver for all discovery matters (Doc. No. 151) is hereby **VACATED**.

SO **ORDERED**; signed January 19, 2021.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE