IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **US MEDICAL NETWORKS, LLC,** | § § § § | |
| Plaintiff, | | |
| v. | § § § § § § § § § § § | Civil Action No. 3:19-cv-01848-E |
| **BIOFIRE DIAGNOSTICS, LLC, XPRESSMED URGENT CARE OF CROWLEY, LLC, AND CHECK POINT URGENT CARE, LLC,** | | |
| Defendants. | | |

## JOINT MOTION TO COMPLETE
## SUMMARY JUDGMENT BRIEFING
## <u>BY FILING REPLIES</u>

In view of the Court's Order staying this case until the Court rules on USMN's pending motion to dismiss BioFire counterclaims and the parties' respective motions for partial summary judgment, USMN and BioFire hereby seek leave to complete their briefing on the summary judgment motions by filing their respective replies, no later than 7 days from the issuance of an order from this Court .

The parties understand that all other filings – even in response or reply to motions to which responses and replies have not yet been filed – are stayed until the Court issues an order directing the parties to otherwise proceed.

Respectfully submitted,

<div style="columns:2">

*/s/ Michael K. Hurst*
Julie Petit
State Bar No. 24065971
JPettit@PettitFirm.com
**THE PETTIT LAW FIRM**
2101 Cedar Springs, Suite 1540
Dallas, Texas 75201
Telephone: (214) 329-0151
Facsimile: (214) 329-4076

Michael K. Hurst
State Bar No. 10316310
mhurst@lynnllp.com
Sara Hollan Chelette
State Bar No. 24046091
schelette@lynnllp.com
Yaman Desai
Texas Bar No. 24101695
ydesai@lynnllp.com
**LYNN PINKER HURST & SCHWEGMANN, LLP**
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
Telephone: (214) 981-3800
Facsimile: (214) 981-3839

**ATTORNEYS FOR PLAINTIFF US MEDICAL NETWORKS, LLC**

*/s/ Robert W. Kantner*
Robert W. Kantner
Texas State Bar No. 11093900
rwkantner@jonesday.com
**JONES DAY**
2727 North Harwood Street
Dallas, Texas 75201-1515
Telephone: +1.214.696.3737
Facsimile:  +1.214.969.5100

Aaron D. Charfoos (*pro hac vice*)
aaroncharfoos@paulhastings.com
**PAUL HASTINGS**
71 S. Wacker Drive
Forty-Fifth Floor
Chicago, IL 60606
Telephone:  +1.312.499.6010

**ATTORNEYS FOR DEFENDANT BIOFIRE DIAGNOSTICS, LLC**

</div>

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a copy of this Joint Motion has been served on all counsel of record.

                                          */s/ Robert W. Kantner*
                                          Robert W. Kantner