IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| US MEDICAL NETWORKS, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:19-cv-01848-E |
| BIOFIRE DIAGNOSTICS, LLC, | § § | |
| Defendant. | § § | |

### DEFENDANT BIOFIRE DIAGNOSTICS, LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY TO RESPONSE TO MOTION TO COMPEL

Defendant BioFire Diagnostics, LLC ("BioFire") respectfully moves the Court for an extension of seven days to file its Reply to Plaintiff's Response to BioFire's Motion to Compel Production of Documents [Dkt. No. 238]. In support of this motion, BioFire would show the Court as follows:

1. Pursuant to Federal Rule of Civil Procedure 6(b), when an act must be done within a specified time the Court may, for good cause, extend the time when a Motion is made before the original date by which the act must be done.

2. Here, BioFire seeks an extension of time to file a Reply that is due Tuesday, March 9, 2021 because the attorney who is responsible for preparing the Reply is out of the office the week because of a death in her family.

3. As reflected in the Certificate of Conference below, US Medical Networks, LLC ("USMN") does not oppose this extension of time.

For the foregoing reasons, BioFire prays for a seven day extension of time – from March 9, 2021 to March 16, 2021 – to file its Reply to USMN's Response to BioFire's Motion to Compel Production of Documents.

Dated: March 5, 2021.               Respectfully submitted,

/s/ Robert W. Kantner
Robert W. Kantner
Texas State Bar No. 11093900
rwkantner@jonesday.com
JONES DAY
2727 North Harwood Street
Dallas, Texas 75201-1515
Telephone: +1.214.969.3737
Facsimile: +1.214.969.5100

Aaron D. Charfoos (*pro hac vice*)
aaroncharfoos@paulhastings.com
PAUL HASTINGS
71 S. Wacker Drive
Forty-fifth Floor
Chicago, IL 60606
Telephone: +1.312.499.6010

ATTORNEYS FOR DEFENDANT
BIOFIRE DIAGNOSTICS, LLC

## CERTIFICATE OF CONFERENCE

I hereby certify that I have conferred with USMN's counsel and they do not oppose this Motion.

/s/ Robert W. Kantner
Robert W. Kantner

## CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2021, a true and correct copy of the foregoing instrument was served on the following via ECF:

Julie Pettit
THE PETTIT LAW FIRM
2101 Cedar Springs Road, Suite 1540
Dallas, Texas  75201
jpettit@pettitfirm.com

Michael K. Hurst
Sara Hollan Chelette
LYNN PINKER COX HURST
SCHWEGMANN, LLP, LLP
2100 Ross Avenue, Suite 2700
Dallas, Texas  75201
mhurst@lynnllp.com
schelette@lynnllp.com

**Attorneys for Plaintiff US Medical Networks, LLC**

                                                */s/ Robert W. Kantner*
                                                Robert W. Kantner