IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| US MEDICAL NETWORKS, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| BIOFIRE DIAGNOSTICS, LLC, | § | Civil Action No. 3:19-cv-01848-E |
| | § | |
| Defendant. | § | |

## NOTICE OF CHANGE OF ADDRESS FOR ROBERT W. KANTNER

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that as of July 1, 2021, Robert W. Kantner, Attorney for Defendant BioFire Diagnostics, LLC, will change firms and his mailing address as follows:

    Old Address/Firm:    Jones Day
    2727 North Harwood Street
    Dallas, Texas 75201-1515
    Telephone:  214-969-3737
    Email:  rwkantner@jonesday.com

    New Address/Firm:    Glast, Phillips & Murray, P.C.
    14801 Quorum Drive, Suite 500
    Dallas, Texas 75254
    Telephone:  972-419-8387
    Facsimile:  972-419-8329
    Email:  rkantner@gpm-law.com

For purposes of service of notices and documents in the above-captioned case, please amend your service list accordingly.

Dated:  June 28, 2021                         Respectfully submitted,


                                              */s/ Robert W. Kantner*
                                              Robert W. Kantner
                                              Texas State Bar No. 11093900
                                              GLAST, PHILLIPS & MURRAY, PC
                                              14801 Quorum Drive
                                              Suite 500
                                              Dallas, Texas  75254
                                              Telephone:  972-419-8387
                                              Facsimile:  972-419-8329
                                              Email:  rkantner@gpm-law.com


                                              ATTORNEY FOR DEFENDANT
                                              BIOFIRE DIAGNOSTICS, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2021, a true and correct copy of the foregoing instrument was served on the following counsel of record via ECF.

Julie Pettit
THE PETTIT LAW FIRM
2101 Cedar Springs Road, Suite 1540
Dallas, Texas  75201
jpettit@pettitfirm.com

Michael K. Hurst
Sara Hollan Chelette
LYNN PINKER COX & HURST, LLP
2100 Ross Avenue, Suite 2700
Dallas, Texas  75201
mhurst@lynnllp.com
schelette@lynnllp.com

*Attorneys for Plaintiff US Medical Networks, LLC*

Aaron Charfoos (*pro hac vice*)
aaroncharfoos@paulhastings.com
PAUL HASTINGS
71 S. Wacker Drive
Forty-fifth Floor
Chicago, IL 60606
Telephone:  +1.312.499.6010

*Attorney for Defendant BioFire Diagnostics, LLC*

                                                   /s/ Robert W. Kantner
                                                   Robert W. Kantner

NAI-1518543768v1