IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| US MEDICAL NETWORKS LLC, | § § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Civ. Action No. 3:19-cv-01848-N |
| BIOFIRE DIAGNOSTICS LLC, | § § § § § § | |
| *Defendant.* | § | |

**SECOND AMENDED SCHEDULING ORDER**

Before the Court is the Parties' Joint Motion for Extension of Deadlines (Doc. 278). The Court **GRANTS** the motion and **AMENDS** the Amended Scheduling Order (Doc. 272) as follows:

1. Briefing on the subjects listed in paragraph 3 of the Amended Scheduling Order shall be due as follows:

    a. USMN shall file its responsive brief by November 5, 2021; and

    b. BioFire shall file its reply brief by November 15, 2021.

2. Subject to its objections, BioFire shall complete its document production by November 8, 2021.

3. USMN shall serve any final updates of its experts' opinions by November 29, 2021.

4. The four remaining depositions – BioFire, McKesson, Taylor Raetz, and Terry McBride – shall be completed by November 29, 2021.

5. The parties shall file all pretrial materials by December 16, 2021. Pretrial materials shall include those listed in the Amended Scheduling Order.

6. BioFire may supplement its pretrial filings to address new updated opinions by USMN damages experts until December 20, 2021.

7. The parties shall exchange attorney engagement agreements and redacted time records by December 23, 2021.

8. Objections to the other side's pretrial materials and counter-designations shall be filed by December 30, 2021.

Except as provided herein, the Amended Scheduling Order shall remain intact.

**SO ORDERED**; signed this 22nd day of October, 2021.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE