# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| US MEDICAL NETWORKS LLC, | § § | |
| *Plaintiff,* | § § | |
| vs. | § § | Civ. Action No. 3:19-cv-01848-E |
| BIOFIRE DIAGNOSTICS LLC, | § § § | |
| *Defendant.* | § § § | |

## ORDER GRANTING PARTIES' JOINT MOTION AND STIPULATION OF DISMISSAL WITH PREJUDICE

Before the Court is the Joint Motion and Stipulation of Dismissal with Prejudice (the "Joint Motion") filed by Plaintiff and Counterclaim Defendant US Medical Networks, LLC ("USMN") and Defendant and Counterclaim Plaintiff BioFire Diagnostics, LLC ("BioFire," and collectively the "Parties") (Doc. 280). Having considered the Joint Motion, the Court **GRANTS** the Joint Motion.

**IT IS THEREFORE ORDERED** that all claims asserted by the Parties in the above-captioned action are **dismissed with prejudice**. Therefore, Plaintiff's claims against Defendant are **dismissed with prejudice** and Defendant's counterclaims against Plaintiff are **dismissed with prejudice**.

**IT IS FURTHER ORDERED** that all court costs, attorneys' fees, and other

expenses incurred by the Parties are hereby assessed against the Party incurring the same.

**SO ORDERED.**

SIGNED this 2nd day of November, 2021.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE